## CRIMINAL COMPLAINT

| | |
|---|---|
| **United States District Court** | **DISTRICT of ARIZONA** |
| United States of America<br>v.<br><br>**Brian MENDEZ SOTELO**, DOB: 2002; United States Citizen | **DOCKET NO.**<br><br><br>**MAGISTRATE'S CASE NO.**<br><br>25-05645MJ |

Complaint for violation of Title 18, United States Code § 933(a)(2)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about August 4, 2024, through February 7, 2025, in the District of Arizona, the defendant **Brian MENDEZ SOTELO**, did receive from another person, in or otherwise affecting interstate or foreign commerce, firearms, to wit: six (6) Century Arms USKA rifles, knowing or having reasonable cause to believe that such receipt would constitute a felony, or attempt or conspire to do so; all in violation of Title 18, United States Code, Section 933(a)(2).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On August 4, 2024, Homeland Security Investigations (HSI) Special Agents (SA), Arizona Department of Public Safety State Troopers, and the Tucson Police Department conducted a joint surveillance operation at the Tucson EXPO Gun Show at 3750 E Irvington Road, Tucson AZ. Agents observed two individuals repeatedly purchasing firearms at the Gun Show, and then loading them into a Jeep outside. Two other individuals waited in the Jeep while the purchases occurred. The Jeep was followed by local police after leaving the Gun Show. The Jeep was observed committing traffic violations (speeding) and was subsequently stopped. A Tucson Police Officer approached the car and observed an open container of alcohol. A search of the vehicle was conducted based on the open container violation, and police located approximately $12,000 dollars in U.S. Currency, three (3) handguns, and 17 rifles in Century Arms Boxes in the bed of the Jeep. The phones of the individuals in the Jeep were collected and downloaded pursuant to consent and/or warrants. The individuals in the Jeep were Carlos MARTINEZ, Francisco BELL, Ismael Higuera-AVALOS and Ezekqio CHAVEZ. BELL, AVALOS and CHAVEZ are currently under indictment for 18 U.S.C. 933 (Firearms Trafficking) in Arizona District Court case 24-CR-05616-TUC-RM (JR). MARTINEZ is believed to currently be in the Republic of Mexico.

(BASIS OF COMPLAINT CONTINUED ON REVERSE.)

MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE:

| | |
|---|---|
| DETENTION REQUESTED<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br>JOHN B LAKE  Digitally signed by JOHN B LAKE<br>Date: 2025.02.10 07:32:39 -07'00' |
| | OFFICIAL TITLE & NAME:<br>John Lake, Special Agent, HSI Sells |
| Subscribed to and sworn before me telephonically. | |
| SIGNATURE OF MAGISTRATE JUDGE[1)] | **DATE**<br>February 10, 2025 |

[1)] See Federal rules of Criminal Procedure Rules 3 and 54
Reviewing AUSA Julie Sottosanti

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**

HSI SA John Lake conducted a forensic phone examination of Carlos MARTINEZ' cellular telephone. During the examination HSI SA John Lake located messages from number 470-493-3615 saved as SUNNY. This number is believed to belong to Brian MENDEZ SOTELO, as "SUNNY" is his nickname. On August 2, 2024, MARTINEZ messaged SUNNY and said, "ay get my sister n meet me so we can get them guns". This is believed to show evidence that MARTINEZ has his friend's straw purchase guns for him. SUNNY responded to him and asked where he wanted to meet at and then sent him an address of 5140 w Peoria Ave unit 110 Glendale, AZ. This address is for Lone Wolf Trading Company, a firearms dealer in Glendale, AZ. On August 4, 2024, MARTINEZ messaged SUNNY and asked him if he was "goin", believed to be asking him if he was going to the Tucson EXPO Gun Show with them, as this was the date MARTINEZ and three other co-conspirators were arrested in Tucson, AZ for firearms trafficking.

On February 7, 2025, at approximately 7:50 PM, Sells Homeland Security Investigations (HSI) Special Agents (SA's) executed a federal residential search warrant of 10110 W. Cordes Rd, Tolleson, AZ. Homeland Security Investigations had been investigating Brian MENDEZ SOTELO who resides at this residence.

 During the execution of the search warrant Special Agents encountered Brian MENDEZ SOTELO at the front security door of the residence. MENDEZ SOTELO stated to Special Agents that he did not want them to come inside the residence and to come back later. MENDEZ SOTELO communicated that he was not going to come outside, and that he would only speak with Special Agents through the front security door. MENDEZ SOTELO's mother Carmen SOTELO came to the threshold of the front security door and communicated that she would open the security door for Special Agents. MENDEZ SOTELO then fled the residence through the backyard jumping over several backyard walls before ultimately climbing on the roof of  10117 W Payson Rd Tolleson, AZ. All other occupants of the residence complied with orders to exit the residence from Special Agents. MENDEZ SOTELO stayed on the roof of 10117 W. Payson Rd for approximately two hours where he began damaging the homeowner's roofs and throwing tiles off the roof to avoid being apprehended. At approximately 10:00 P.M. MENDEZ SOTELO came down from the roof and was safely apprehended and placed under arrest.

During the search of the residence Special Agents located approximately 6 AK-47 rifles, 6 AK-47 magazines, one Glock Switch and approximately $4,185 in U.S. currency. The AK-47's were located in a bedroom that was adjacent to MENDEZ SOTELO's bedroom but appeared to be a common room or spare bedroom. The Glock Switch/Auto Sear was located in the bedroom of MENDEZ SOTELO as well as $3,000 dollars in U.S. currency. After the arrest of MENDEZ SOTELO Special Agents located approximately $1,185 dollars in U.S. currency and two cell phones that MENDEZ SOTELO damaged by smashing them and throwing one of them in a neighbor's pool. The AK-47 styled rifles that were located in MENDEZ SOTELO's residence are the same type of rifle that was located and seized during the HSI operation on August 4, 2024, in Tucson, AZ. This style rifle is commonly straw purchased due to its cheap cost and ability to source the firearm from all major gun stores in the state of Arizona.  ATF was previously contacted as to this make and model of firearm, and confirmed they are manufactured outside of Arizona and, therefore, travelled in or otherwise affected interstate commerce.

After further confirmation  with Maricopa County probation, HSI SA's confirmed that MENDEZ SOTELO was currently on supervised release and not able to possess firearms.

MENDEZ SOTELO did not have any real employment to verify where his money came from and did not have any type of banking document to prove that the money was his. When asked if MENDEZ SOTELO had a vehicle or a means of transportation, he stated that he did not own any vehicles.