TIMOTHY COURCHAINE
United States Attorney
District of Arizona
JULIE A. SOTTOSANTI
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: julie.sottosanti@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Brian Mendez Sotelo,<br><br>Defendant. | CR25-01341 TUC-JGZ(LCK)<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. §§ 933(a)(3) & (b)<br>(Trafficking in Firearms)<br>Count 1<br><br>18 U.S.C. §§ 924(d) and 934(a)(1)(A);<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

On or about a date unknown through February 8, 2025, in the District of Arizona, Defendant BRIAN MENDEZ SOTELO, did receive, attempt to receive, and conspire to receive from another person, in or otherwise affecting interstate or foreign commerce, firearms, to wit: six (6) Century Arms, 7.62x39mm caliber rifles, knowing or having reasonable cause to believe that such receipt would constitute a felony, to wit: Arizona

1  Revised Statute §13-3102 Misconduct Involving Weapons and 18 U.S.C. §554 Conspiracy
2  and Attempt to Smuggle Firearms from the United States, or did attempt or conspire to do
3  so.

4  All in violation of Title 18, United States Code, Sections 933(a)(3) and (b).

## FORFEITURE ALLEGATION

Upon conviction of Count One of the Indictment, the defendant, BRIAN MENDEZ SOTELO, shall forfeit to the United States: (1) any firearms and ammunition involved in the commission of the offense, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c); and (2) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the offense, pursuant to Title 18, United States Code, Section 934(a)(1)(A).

The property to be forfeited includes, but is not limited to: six (6) Century Arms, 7.62x39mm caliber rifles, bearing serial numbers SV7144230, SV7159402, SV7157736, SV7157964, BFT47021421, BFT47021450; one Glock switch; and $4,185 in United States currency.

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

/ / /
/ / /
/ / /
/ / /

All pursuant to Title 18, United States Code, Sections 924(d) and 934(a)(1)(A), Title 28, United States Code, Section 2461(c), and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: March 5, 2025

REDACTED FOR
PUBLIC DISCLOSURE

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

/s/
JULIE A. SOTTOSANTI
Assistant U.S. Attorney